IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FARMERS INSURANCE EXCHANGE        PLAINTIFF

v.       No. 1:16-cv-90-DPM

RANDALL STARR; CONNIE STARR;
WILLIAM OLSON and HAYES OLSON,
Individually and as Co-Personal Representatives
of the Estate of William Olson, deceased;
PAIGE HUBBARD, Individually and as Personal
Representative of the Estate of Camdon Osborn,
deceased; LLOYD DAVIS and KIM DAVIS,
Individually and as Next Friends of
Wilson Davis, a Minor; BRADY GILLMORE
and AUDREY GILLMORE, Individually and
as Next Friends of Alex Gillmore, a Minor; and
RUSTY PAUL and TINA PAUL,
Individually and as Next Friends of
Regan Paul, a minor            DEFENDANTS

ORDER

   1.  One of my former law clerks, Barrett Moore, has appeared as counsel in this case and helpfully inquired about whether I'll be recusing. I'm attaching Barrett's letter.

   2.  Former clerks are on my recusal list for two years after leaving chambers. That's our Court's general practice. *General Order No. 32.*

Barrett's clerkship ended in 2011. A former clerk should be on my list after the two-year period if our contacts are so regular, and our relationship so close, that my impartiality might reasonably be questioned in a proceeding where the former clerk is lawyering. By that standard, Barrett should be on my recusal list. I'm therefore restoring him today. And I recuse in this case. The Clerk must reassign it at random by chip exchange.

    So Ordered.

                                      _____
                                      D.P. Marshall Jr.
                                      United States District Judge

                                      26 August 2016